IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Rivas, Gustavo | Case Number: 08 B 08508 |
| | Judge: Hollis, Pamela S |
| Printed: 12/23/08 | Filed: 4/8/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: October 27, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 11,320.00 | |
| Secured: | | 7,470.06 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,500.00 |
| Trustee Fee: | | 697.39 |
| Other Funds: | | 652.55 |
| Totals: | 11,320.00 | 11,320.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ernesto D Borges Jr Esq | Administrative | 2,500.00 | 2,500.00 |
| 2. | Citi Residential Lending Inc | Secured | 0.00 | 0.00 |
| 3. | Resurgent Capital Services | Secured | 0.00 | 0.00 |
| 4. | Paccar Financial | Secured | 36,573.07 | 5,105.94 |
| 5. | American Honda Finance Corporation | Secured | 16,140.00 | 2,364.12 |
| 6. | Citi Residential Lending Inc | Secured | 10,827.30 | 0.00 |
| 7. | Resurgent Capital Services | Secured | 3,644.00 | 0.00 |
| 8. | Internal Revenue Service | Priority | 6,764.25 | 0.00 |
| 9. | Wells Fargo Financial Bank | Unsecured | 661.26 | 0.00 |
| 10. | Ford Motor Credit Corporation | Unsecured | 13,397.53 | 0.00 |
| 11. | ECast Settlement Corp | Unsecured | 1,055.00 | 0.00 |
| 12. | Internal Revenue Service | Unsecured | 7,637.59 | 0.00 |
| 13. | Portfolio Recovery Associates | Unsecured | 151.36 | 0.00 |
| 14. | Resurgent Capital Services | Unsecured | 340.33 | 0.00 |
| 15. | Jefferson Capital Systems LLC | Unsecured | 1,095.76 | 0.00 |
| 16. | Nicor Gas | Unsecured | 665.75 | 0.00 |
| 17. | American Honda Finance Corporation | Unsecured | 39.29 | 0.00 |
| 18. | ECast Settlement Corp | Unsecured | 841.15 | 0.00 |
| 19. | Dell Financial Services, Inc | Unsecured | 676.50 | 0.00 |
| 20. | Ford Motor Credit Corporation | Unsecured | 13,397.53 | 0.00 |
| 21. | ECast Settlement Corp | Unsecured | 996.46 | 0.00 |
| 22. | Discover Financial Services | Unsecured | 129.00 | 0.00 |
| 23. | Credit Protection Association | Unsecured | | No Claim Filed |
| 24. | Credit Protection Association | Unsecured | | No Claim Filed |
| 25. | Bureau Of Collection Recovery | Unsecured | | No Claim Filed |
| 26. | First Premier | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Rivas, Gustavo

Printed: 12/23/08

Case Number: 08 B 08508
Judge: Hollis, Pamela S
Filed: 4/8/08

## DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
| 27. Stephen Jencius | Unsecured | | No Claim Filed |
| | | $ 117,533.13 | $ 9,970.06 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 432.76 |
| 6.6% | 264.63 |
| | $ 697.39 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

